<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-1826**

―――――――――

In Re: LARRY RITCHIE, JR.,

Petitioner.

―――――――――

On Petition for Writ of Certiorari.  (CA-98-1151-6)

―――――――――

Submitted:  September 30, 1999        Decided:  October 6, 1999

―――――――――

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

Larry Ritchie, Jr., Petitioner Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Ritchie, Jr., petitions this court to issue a writ of certiorari to the district court and review the record and two orders in actions he filed in 1997 and 1998, pursuant to Fed. R. App. P. 21(c) and 28 U.S.C. § 1651 (1994). Ritchie filed a notice of appeal of these orders in <u>Ritchie v. West Virginia</u>, No. 99-1750.[*] This appeal provided the proper vehicle for challenging the orders, and we perceive no basis for reviewing these adjudications by extraordinary writ. Accordingly, we deny Ritchie's motions for a hearing under Fed. R. Civ. P. 7 and for default judgment and his petition for a writ of certiorari. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

---

[*] This appeal was dismissed on September 3, 1999, under 4th Cir. Local R. 45, for failure to pay the filing fee.